**Order filed November 30, 2020**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-18-00152-CR
_____

**DANIEL TRAVIS DURHAM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 185th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1433944**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 14-A.**

The clerk of the 185th District Court is directed to deliver to the Clerk of this court the original of State's Exhibit 14-A, on or before **December 07, 2020.** The Clerk of this court is directed to receive, maintain, and keep safe this original

exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 14-A, to the clerk of the 185th District Court.

PER CURIAM

Panel Consists of Justices Wise, Jewell and Poissant.